391 P.3d 1246

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Michael L. ARKIN, Defendant-Appellant.**

**NO. CAAP-14-0000517**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 21, 2017.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT (CASE NO. 3DTC-13-02654)

## SUMMARY DISPOSITION ORDER

Affirm.

391 P.3d 1246

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Joretha M. WILLIAMS, also known as Joretha Marie Williams, Defendant-Appellant**

**NO. CAAP-15-0000451**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 22, 2017.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (FC-CR. NO. 15-1-1143)

## SUMMARY DISPOSITION ORDER

Affirm.

391 P.3d 1246

**Robin M. LEE, Plaintiff-Appellant,**

v.

**BANK OF HAWAI'I, it's current President & CEO Peter Ho, it's Loss Prevention, Defendants-Appellees**

**NO. CAAP-14-0000549**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, March 23, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 14-1-0189 VLC)

## SUMMARY DISPOSITION ORDER

Affirm.